UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SANDRA OROZCO<br><br>Plaintiff,<br><br>v.<br><br>MARKOFF LAW LLC and<br>MAIN STREET ACQUISITION CORP.<br><br>Defendants. | CIVIL ACTION 1:15-cv-02246<br><br>COMPLAINT<br><br>JURY TRIAL DEMANDED |

### COMPLAINT

NOW COMES the Plaintiff, SANDRA OROZCO ("Sandra"), by and through her attorneys, SULAIMAN LAW GROUP, LTD., complaining of the Defendants, MARKOFF LAW LLC ("Markoff") and MAIN STREET ACQUISITION CORP. ("Main Street") as follows:

### NATURE OF THE ACTION

1. Plaintiff brings this action for damages for Defendants' violations of the Fair Debt Collection Practices Act, 15 U.S.C. §1692, et seq. ("FDCPA").

### JURISDICTION AND VENUE

2. This action arises under and is brought pursuant to the FDCPA. Subject matter jurisdiction is conferred upon this Court by 15 U.S.C. §1692 (FDCPA) and 28 U.S.C. §§1331, 1337, as this action arises under the laws of the United States.

3. Venue is proper in this Court pursuant to 28 U.S.C. §1391 as Defendants conduct business in the Northern District of Illinois and all of the events or omissions giving rise to the claims occurred within the Northern District of Illinois.

1

**PARTIES**

4. Sandra is a natural person who resides in the Northern District of Illinois and is a "consumer" as defined by the FDCPA, 15 U.S.C. §1692a(3).

5. At all times relevant to the action, Markoff was an Illinois law firm with its principal office located at 29 North Wacker Drive, Suite 550, Chicago, Illinois 60606 and its registered agent is Michael S. Roberts located at 55 West Monroe Street, Suite 1700, Chicago, Illinois 60603.

6. Markoff is a "debt collector" as defined by the FDCPA, 15 U.S.C. §1692a(6) because it regularly uses the mails and/or the telephone to collect, or attempt to collect, delinquent consumer accounts.

7. At all times relevant to the action, Main Street was a Nevada corporation with its principal office located at 2877 Paradise Road, #303, Las Vegas, Nevada 89109 and its registered agent is Advanced Corporate Agent Services located at 100 North La Salle, Suite 500, Chicago, Illinois 60602.

8. Main Street is a "debt collector" as defined by the FDCPA, 15 U.S.C. §1692a(6) because it regularly uses the mails and/or the telephone to collect, or attempt to collect, delinquent consumer accounts.

**FACTS SUPPORTING CAUSE OF ACTION**

9. Main Street has been attempting to collect, from Sandra, an alleged consumer debt in the amount of $1,525.85.

10. On May 1, 2014, Markoff, on behalf of Main Street, filed a complaint in the Circuit Court of Cook County, Illinois against Sandra. The case was captioned *Main Street*

*Acquisition Corp. v. Sandra Orozco* case number 2014 M1 125325 ("Collection Case"). *See* Exhibit A, a true and correct copy of the Collection Case court docket.

11. Markoff filed the Collection Case at the Richard J. Daley Center Courthouse. *Id.*

12. The Richard J. Daley Center Courthouse serves Cook County's First Municipal District. *See* Exhibit B, a true and correct copy of a map of the Circuit Court of Cook County Municipal Districts and Courthouses.

13. Civil matters that do not meet the damages threshold to be filed in the Law Division of the Circuit Court of Cook County are assigned to the Circuit Court's Civil/Municipal Division.

14. Cases filed in the First Municipal District are identified by the abbreviation "M1."

15. Sandra resides at 21 South Spring Avenue, Apartment C, La Grange, Illinois 60525.

16. La Grange, Illinois is located in Cook County, but is located within the Circuit Court of Cook County's Fifth Municipal District. *Id.*

17. The Bridgeview Courthouse is the courthouse that serves the Circuit Court of Cook County's Fifth Municipal District. *Id.*

18. The Richard J. Daley Center Courthouse is 17 miles from Sandra's home.

19. In contrast, the Bridgeview Courthouse is 9.7 miles from Sandra's home.

20. In order for Sandra to travel to the Bridgeview Courthouse from her home, she would merely have to drive on South La Grange Road and Interstate 294 South and park in the free parking lot at the Bridgeview Courthouse.

21. According to Google Maps, the trip would take about 16 minutes.

22. In order for Sandra to travel to the Richard J. Daley Center Courthouse, she must take Interstate 290 East to Chicago, locate expensive parking for her vehicle, and make her way there either on foot or via taxi.

23. According to Google Maps, this trip will take 30 minutes excluding the time spent in traffic, locating parking, and then actually making the trek to the Richard J. Daley Center Courthouse upon arrival to downtown Chicago.

24. The courthouse closest to Sandra's home is the Bridgeview Courthouse.

### COUNT I -- VIOLATION OF THE FDCPA AGAINST MARKOFF

25. Sandra repeats and realleges paragraphs 1 through 24 as though fully set forth herein.

26. The Collection Case was an attempt to collect a "consumer debt" as defined by the FDCPA, 15 U.S.C. §1692a(5).

27. 15 U.S.C. §1692i(a)(2) requires that a debt collector sue a consumer in the judicial district or similar legal entity where the consumer resides at the commencement of the action.

28. The closest courthouse to Sandra's home is the Bridgeview Courthouse.

29. Markoff violated 15 U.S.C. §1692i(a)(2) when it filed the Collection Case at the Richard J. Daley Center Courthouse, a location some 7.3 miles further from Sandra's home than the Bridgeview Courthouse.

30. Markoff sued Sandra, on behalf of Main Street, at a remote courthouse in order to discourage her from appearing and defending the Collection Case.

31. Markoff's unlawful collection activities constitute abusive forum-shopping in violation of the FDCPA.

WHEREFORE, Plaintiff, SANDRA OROZCO, respectfully requests that this Honorable Court enter judgment in her favor as follows:

a. declaring that the practices complained of herein are unlawful and violate the aforementioned statutes and regulations;

b. awarding Plaintiff statutory and actual damages, in an amount to be determined at trial, for the underlying FDCPA violations;

c. awarding Plaintiff costs and reasonable attorney fees as provided under 15 U.S.C. §1692; and

d. awarding any other relief as this Honorable Court deems just and appropriate.

### COUNT II -- VIOLATION OF THE FDCPA AGAINST MAIN STREET

32. Sandra repeats and realleges paragraphs 1 through 24 as though fully set forth herein.

33. The Collection Case was an attempt to collect a "consumer debt" as defined by the FDCPA, 15 U.S.C. §1692a(5).

34. 15 U.S.C. §1692i(a)(2) requires that a debt collector sue a consumer in the judicial district or similar legal entity where the consumer resides at the commencement of the action.

35. The closest courthouse to Sandra's home is the Bridgeview Courthouse.

36. Main Street violated 15 U.S.C. §1692i(a)(2) when it filed the Collection Case at the Richard J. Daley Center Courthouse, a location some 7.3 miles further from Sandra's home than the Bridgeview Courthouse.

37. Main Street directed Markoff to sue Sandra at a remote courthouse in order to discourage her from appearing and defending the Collection Case.

38. Main Street's unlawful collection activities constitute abusive forum-shopping in violation of the FDCPA.

WHEREFORE, Plaintiff, SANDRA OROZCO, respectfully requests that this Honorable Court enter judgment in her favor as follows:

a. declaring that the practices complained of herein are unlawful and violate the aforementioned statutes and regulations;

b. awarding Plaintiff statutory and actual damages, in an amount to be determined at trial, for the underlying FDCPA violations;

c. awarding Plaintiff costs and reasonable attorney fees as provided under 15 U.S.C. §1692; and

d. awarding any other relief as this Honorable Court deems just and appropriate.

Dated: March 13, 2015                    Respectfully Submitted,

/s/ Mohammed O. Badwan
Mohammed O. Badwan, Esq. ARDC #6299011
*Counsel for Plaintiff*
Sulaiman Law Group, Ltd.
900 Jorie Blvd, Ste 150
Oak Brook, IL 60523
Phone (630)575-8181
Fax: (630)575-8188